United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN ONTIVEROS,

    Plaintiff,

    v.

AMY MILLER, et al.,

    Defendants.

Case No. 14-cv-04914-WHO

**ORDER OF TRANSFER**

In this federal civil rights action, plaintiff Martin Ontiveros challenges the conditions of his confinement at Centinela State Prison in Imperial County, which is in the Southern District. Accordingly, this action is TRANSFERRED to the Southern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred and the defendants named reside therein. *See* 28 U.S.C. §§ 84(d), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** November 12, 2014

                                              WILLIAM H. ORRICK
                                              United States District Judge